# EXHIBIT A

Page 1

E. Borish

1  
2  UNITED STATES PATENT AND TRADEMARK OFFICE
3  BEFORE THE PATENT AND TRIAL BOARD
4  -------------------------------x
5  L'OREAL USA, INC.,
6              Petitioner,         Case No.
7         v.                       2017-00012
8  LIQWD, INC,.
9              Patent Owner.
10 -------------------------------x
11
12           PATENT NO. 9,498,419
13
14     DEPOSITION OF EDWARD T. BORISH, PhD.
15              Westerville, Ohio
16            Friday, January 5, 2018
17
18 Reported by:
19 Deborah C. Furey, RPR, CLR, CRI
20 JOB NO. 134928
21
22
23
24
25

**L'OREAL USA, INC. EX. 1026**

1                         E. Borish
2    amount of the free acids.
3            MR. BLACKBBURN:  Objection to the form
4        of the question.
5            THE WITNESS:  I'm not sure what you're
6        asking.
7        Q.   I'm asking if -- I'm asking you to
8    tell me at a pH of 11 in the claimed process, in
9    Claim 1, how much free acid would be present.
10           Would the PKA be helpful for you to
11   determine that?
12       A.   I'm sorry.  Ask the question again.
13       Q.   In the claimed process of Claim 1 --
14       A.   Uh-huh.
15       Q.   -- the mixture is at a pH of 11, how
16   much maleic acid as the free acid would be
17   present in the mixture?
18       A.   Bear with me.  I'm doing the math in
19   my head.
20           And the pH was again?
21       Q.   11.
22       A.   11, yeah.  Like one ten-thousandth, it
23   would be virtually all in the solid form.
24       Q.   What would that be, 1 times 10 to
25   the --