# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIQWD, INC. and OLAPLEX LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 17-14-JFB-SRF |
| | ) |
| L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC., and REDKEN 5TH AVENUE NYC, LLC, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 29, 2019, true and correct copies of the following documents were caused to be served on the counsel listed below as indicated: (1) Expert Report of Benny D. Freeman, Ph.D.; (2) Expert Report of Peter Smith; (3) Expert Report of Rhonda Harper; and (4) Expert Report of David Nolte.

**VIA ELECTRONIC MAIL**
Jack B. Blumenfeld
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

**VIA ELECTRONIC MAIL**
Adam J. DiClemente
Quinn, Emmanuel, Urquhart & Sullivan, LLP
55 Madison Avenue
22d Floor
New York, NY 10010
adamdiclemente@quinnemanuel.com

**VIA ELECTRONIC MAIL**
Amardeep L. Thakur
Joseph M. Paunovich
Ali Moghaddas
Quinn, Emmanuel, Urquhart & Sullivan, LLP
865 S. Figueroa Street
Los Angeles, CA 90017
(213) 443-3000
amarthakur@quinnemanuel.com
joepaunovich@quinnemanuel.com
alimoghaddas@quinnemanuel.com

**VIA ELECTRONIC MAIL**
Matthew K. Blackburn
Diamond McCarthy LLP
150 California Street
Suite 2200
San Francisco, CA 94111
(415) 692-5200
mblackburn@diamondmccarthy.com

| | |
|---|---|
| Of Counsel: | */s/ Katharine L. Mowery* |
| | Frederick L. Cottrell, III (#2555) |
| Dennis S. Ellis | Jeffrey L. Moyer (#3309) |
| Katherine F. Murray | Katharine L. Mowery (#5629) |
| Adam M. Reich | Richards, Layton & Finger, P.A. |
| Paul Hastings LLP | One Rodney Square |
| 515 South Flower Street, 25th Floor | 920 N. King Street |
| Los Angeles, CA 90071 | Wilmington, Delaware 19801 |
| (213) 683-6000 | (302) 651-7700 |
| | cottrell@rlf.com |
| Naveen Modi | moyer@rlf.com |
| Joseph E. Palys | mowery@rlf.com |
| Daniel Zeilberger | |
| Paul Hastings LLP | *Attorneys for Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc., L'Oréal USA S/D, Inc., and Redken 5th Avenue NYC, LLC* |
| 875 15th Street, N.W. | |
| Washington, D.C. 20005 | |
| (202) 551-1990 | |

Scott F. Peachman
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

Dated: January 29, 2019