IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIQWD, INC. and OLAPLEX LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> L'ORÉAL USA, INC., L'ORÉAL USA ) <br> PRODUCTS, INC, L'ORÉAL USA S/D, ) <br> INC., and REDKEN 5^(TH) AVENUE NYC, ) <br> L.L.C., ) <br> ) <br> Defendants. ) | C. A. No. 17-14 (JFB) (SRF) |

**PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE**
**THE EXPERT OPINION OF DAVID NOLTE**

Plaintiffs Liqwd, Inc. and Olaplex LLC (collectively, "Olaplex") hereby move to exclude the expert opinion of David Nolte. The grounds for this motion are set forth in Olaplex's opening brief submitted herewith.

OF COUNSEL:

Joseph M. Paunovich
Ali Moghaddas
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Adam DiClemente
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Matthew K. Blackburn
DIAMOND MCCARTHY LLP
150 California Street, Suite 2200
San Francisco, CA 94111
(415) 692-5200

March 14, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
araucci@mnat.com

*Attorneys for Plaintiffs*

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for Defendants and that we have not been able to reach agreement.

*/s/ Anthony D. Raucci*
Anthony D. Raucci (#5948)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 14, 2019 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, Esquire<br>Jeffrey L. Moyer, Esquire<br>Jason J. Rawnsley, Esquire<br>Katharine Lester Mowery, Esquire<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Dennis S. Ellis, Esquire<br>Katherine Murray, Esquire<br>Adam M. Reich, Esquire<br>Serli Polatoglu, Esquire<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Naveen Modi, Esquire<br>Joseph E. Palys, Esquire<br>Daniel Zeilberger, Esquire<br>Michael A. Wolfe, Esquire<br>PAUL HASTINGS LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

2

Scott F. Peachman, Esquire                                                  *VIA ELECTRONIC MAIL*
PAUL HASTINGS LLP
200 Park Avenue
New York, NY  10166
*Attorneys for Defendants*

                                                         */s/ Anthony D. Raucci*
                                                         Anthony D. Raucci (#5948)