

Frederick L. Cottrell III
302-651-7509
Cottrell@rlf.com

April 26, 2019

**VIA CM/ECF**

The Honorable Joseph F. Bataillon
United States District Court For the District of Nebraska
111 South 18th Plaza
Suite 3259
Omaha, NE 68102

        Re: <u>*Liqwd, Inc. v. L'Oréal USA, Inc.*</u>, C.A. No. 17-14-JFB-SRF

Dear Judge Bataillon:

    We are in receipt of Plaintiffs' letter to Your Honor filed today (D.I. 788) and intend to respond substantively by Monday, April 29, 2019. In the interim, we respectfully request that the Court refrain from taking any action on Plaintiffs' letter.

                              Respectfully,

                              */s/ Frederick L. Cottrell III*

                              Frederick L. Cottrell III (#2555)

Cc: Counsel of Record (via CM/ECF)