

Katharine L. Mowery
302-651-7623
Mowery@rlf.com

July 30, 2019

**VIA CM/ECF**
The Honorable Joseph F. Bataillon
United States District Court For the District of Nebraska
111 South 18th Plaza
Suite 3259
Omaha, NE 68102

    Re: *Liqwd, Inc., et al. v. L'Oréal USA, Inc., et al.*, C.A. No. 17-14 (JFB) (SRF)

Dear Judge Bataillon:

    Please find enclosed an amended version of Defendants' Proposed Jury Verdict Form, which inserts the word "asserted" in two places where it was previously inadvertently left out.

    Should the Court have any questions or concerns, counsel is available at the Court's convenience.

                                 Respectfully,

                                 */s/ Katharine L. Mowery*

                                 Katharine L. Mowery (#5629)

cc:    Counsel of Record (via CM/ECF and E-Mail)