OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2019

Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Frederick L. Cottrell, III
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street, Suite 600
Wilmington, DE 19801

RE: Liqwd, Inc. et al v. L'Oreal USA, Inc. et al
C.A. No. 17-14 JFB-SRF

Dear Counsel:

It has come to the Court's attention that the Clerk's Office's storage for trial exhibits is limited. With the approval of Judge Bataillon, we ask counsel to collect the exhibits and maintain responsibility for them in the event of any post-trial motions or proceedings. Please contact the Clerk's Office to schedule pick-up of your trial exhibits.

We appreciate your attention and flexibility with this matter.

Sincerely,

By: /s/ Nicole Gland
Nicole Gland
Deputy Clerk