# United States Court of Appeals
# for the Federal Circuit

―――――――――――

**OLAPLEX, INC.,**
*Plaintiff-Appellee*

v.

**L'OREAL USA, INC., L'OREAL USA PRODUCTS, INC., L'OREAL USA S/D, INC., REDKEN 5TH AVENUE NYC, L.L.C.,**
*Defendants-Appellants*

―――――――――――

2019-2280, 2019-2292

―――――――――――

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-00014-JFB-SRF, Senior Judge Joseph F. Bataillon.

―――――――――――

**MANDATE**

―――――――――――

In accordance with the judgment of this Court, entered March 4, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.


FOR THE COURT


April 12, 2021         /s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court