# United States Court of Appeals
# for the Federal Circuit

———————————

**OLAPLEX, INC.,**
*Plaintiff-Appellee*

v.

**L'OREAL USA, INC., L'OREAL USA PRODUCTS, INC., L'OREAL USA S/D, INC., REDKEN 5TH AVENUE NYC, L.L.C.,**
*Defendants-Appellants*

———————————

2019-2280, 2019-2292

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-00014-JFB-SRF, Senior Judge Joseph F. Bataillon.

———————————

## JUDGMENT

———————————

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

ENTERED BY ORDER OF THE COURT

March 4, 2021          /s/ Peter R. Marksteiner
                              Peter R. Marksteiner
                              Clerk of Court