IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIQWD, INC. and OLAPLEX LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C. A. No. 17-14 (JFB) (SRF) |
| | ) |
| L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC, L'ORÉAL USA S/D, INC., and REDKEN 5TH AVENUE NYC, L.L.C., | ) |
| | ) |
| Defendants. | ) |

## STIPULATED DISMISSAL

Plaintiffs Liqwd, Inc., Olaplex, LLC, and Real Party in Interest Olaplex Inc. (collectively, the "Olaplex Parties") and Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc., L'Oréal USA S/D, Inc., and Redken 5th Avenue NYC, L.L.C., ("L'Oréal USA") by and through their counsel of record, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of their settlement agreement, to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan

---

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs*

May 19, 2021

RICHARDS, LAYTON & FINGER, P.A.

/s/ Katharine L. Mowery

---

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Jason J. Rawnsley (#5379)
Katharine L. Mowery (#5629)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
rawnsley@rlf.com
mowery@rlf.com

*Attorneys for Defendants*