IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIQWD, INC. and OLAPLEX LLC, | |
| Plaintiffs, | **ORDER** |
| vs. | **C.A. NO. 1:17CV14 (JFB)(SRF)** |
| L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC. and REDKEN 5TH AVENUE NYC, LLC, | |
| Defendants. | |

Pursuant to the settlement and notice of dismissal entered herein, D.I. 1205, this case is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated this 20th day of May 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge